**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1308

LAWRENCE VERLINE WILDER, SR.,

                    Plaintiff - Appellant,

          v.

CHARLES JOHNSON, Acting Secretary U.S. Department of Health
and   Human   Services;   CHRISTOPHER   SCOLESE,   Acting
Administrator NASA; JOHN GAGE, National President American
Federation of Government Employees; THOMAS BECK, Chairman
Federal Labor Relations Authority; STUART ISHIMARU, Acting
Chairman  Equal  Employment  Opportunity  Commission;  NEIL
ANTHONY GORDON MCPHIE, Chairman United States Merit Systems
Protection  Board;  THE  UNITED  STATES  OFFICE  OF  PERSONNEL
MANAGEMENT,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:09-cv-00318)

Submitted:  July 30, 2009          Decided:  August 4, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., filed a mandamus petition in the district court, requesting counsel and seeking to compel the defendants to notify him about any administrative or judicial decisions that involve him or from which he would benefit. The district court entered an order granting Wilder leave to proceed in forma pauperis and placing his case on inactive status pending resolution of cases Wilder has on the court's active docket. Wilder seeks to appeal, challenging the denial of appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because the order Wilder seeks to appeal is not immediately appealable, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2